FILED
JAN 2 3 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JOSE CARLOS MADRIGAL-ORELLANO,  )<br>  )<br>Defendant.  )<br>  ) | Case No. 11CR5049-GT<br><br>**ORDER CONTINUING SENTENCING** |

**IT IS HEREBY ORDERED** that the sentencing in connection in this case shall be continued to February 13 at 9:30 a.m.

**SO ORDERED.**

Dated: 1-23-12

HONORABLE GORDON THOMPSON, JR.
United States District Court Judge

11CR5049-GT