**FILED**

FEB 0 6 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSE CARLOS MADRIGAL-ORELLANO,

    Defendant.

) Cr. No. 11-5049GT
)
)
)
) **ORDER**
)
)
)
)
)

On January 26, 2012, Defendant, Jose Carlos Madrigal-Orellano ("Mr. Madrigal"), filed a Motion to Withdraw Guilty Plea. Mr. Madrigal states that it was recently discovered that his father was a native born United States citizen. Mr. Madrigal argues that this may give him derivative citizenship, which is a defense to unlawful entry. The possibility that Mr. Madrigal may have derivative citizenship through his father is not sufficient to allow him to withdraw his guilty plea at this time. However, if Mr. Madrigal actually proves to the Court that he does have derivative citizenship through his father, the Court will allow Mr. Madrigal to withdraw his guilty plea. Mr. Madrigal may submit further briefing and supporting documents to this Court to show that he has derivative citizenship through his father.

//

1    **IT IS ORDERED** that Mr. Madrigal's Motion to Withdraw Guilty Plea is **DENIED without**

2    **prejudice.**

3        **IT IS SO ORDERED.**

4

5

6    2-6-12

     date

7                                    GORDON THOMPSON, JR.
                                     United States District Judge

8    cc: All counsel and parties without counsel

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28